

FILED
JAN 11 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:18cr 004 |
| | ) | |
| | ) | 18 U.S.C. §§ 922(a)(1)(A) and 923(a) |
| v. | ) | Dealing Firearms without a License |
| | ) | (Count One) |
| | ) | |
| RICHARD WINCE, | ) | Forfeiture Notice |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

# INFORMATION

## COUNT ONE
(Dealing Firearms without a License)

THE UNITED STATES ATTORNEY CHARGES THAT beginning in or about October 2015, and continuing to in or about April 2017, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, RICHARD WINCE, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

(In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 923(a)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearms or ammunition involved in or used in any knowing violation of the offense charged. Property

subject to forfeiture includes, but is not limited to, the following:

   a. a Winchester, 94, 30-30 caliber rifle, SN 3814386;
   b. a Colt M4, 5.56 caliber rifle, SN LE511838;
   c. a Mossberg, 500, 12 gauge shotgun, SN T643690;
   d. a Glock, 21, .45 caliber semi-automatic pistol SN KYV082;
   e. a Glock, 19, 9mm semi-automatic pistol, SN RAP188;
   f. a Glock, 43, 9mm semi-automatic pistol, SN ZNG681;
   g. a Colt, Python, .357 caliber revolver, SN 54517;
   h. a Smith & Wesson, 36, .38 caliber revolver, SN BET1988; and
   i. a Kel-tec, Sub 2000, 9mm rifle, SN EQL58.

(In accordance with Title 18, United States Code, Section 924(d), as incorporated by Title 28, United States Code, Section 2461(c)).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Peter S. Duffey
Assistant United States Attorney