AO83 (Rev. 08/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION
### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.
**Richard Wince**
*(please see additional page for personal identifiers)*

Case. No. 3:18cr004

FILED
JAN 26 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

PLACE: **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

COURTROOM:
5300 (Judge Young) and
6100 (Judge Lauck)

DATE & TIME:
January 30, 2018 at 1:45pm before Judge Young and 2:00pm before Judge Lauck

Before: The Honorable Roderick C. Young and the Honorable M. Hannah Lauck
To answer a(n):

☐ Indictment ☐ Superseding Indictment ☒ Criminal Information ☐ Complaint
☐ Order of Court ☐ Sealed Order of Court
☐ Petition on Supervised Release ☐ Petition on Probation
☐ Violation of Pretrial Release ☐ Violation Notice

Charging you with a violation of: 18 U.S.C. § 922(a)(1)(A)–Dealing Firearms Without a License

**YOU ARE ALSO SUMMONED TO APPEAR** for a initial/bond and plea hearings before the Honorable Roderick C. Young and M. Hannah Lauck on January 30, 2018 in Courtroom Nos. 5300 and 6100.

**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
**UNITED STATES PRETRIAL SERVICES**
**Suite 1150**
**701 East Broad Street**
**Richmond, Virginia 23219**
**(804) 916-2800**

_____
Signature of Issuing Officer

J. Smith, Deputy Clerk
Name and Title of Issuing Officer

1/19/2018
Date

# RETURN OF SERVICE

This summons was received by me:

Date: 1-24-18

Name of Server: Kevin Trevillin    Title: Sr DUSM #1

Check one box below to indicate appropriate method of service:

☐ I personally served the summons on the defendant on: [date] or

☐ On [date], I left the summons at the defendant's residence or usual place of abode on with [name], a person of suitable age and discretion who resides there, and I mailed a copy of the summons to the defendant's last known address; or

☒ On [date], I delivered a copy of the summons to [name] who is authorized to receive service of process on behalf of [organization], and I mailed a copy to the organization's last known address within the district or to its principal place of business in the United States; or

☐ On [date], the summons was returned unexecuted because: _____

Served Atty Elliott Park
Confirmed

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | 65.00 | 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct to the best of my knowledge and belief.

Executed on 1-24-18
Date

Signature of Server

Richmond VA USMS
Address of Server